SAM S. LESLIE, CPA
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re

AC INTERNATIONAL CORPORATION,

         Debtor.

) Case No. 6:14-bk-14692-SY
) [Chapter 7]
) [Converted Chapter 11]
)
) NOTICE OF UNCLAIMED FUNDS
)
) [Federal Rule of Bankruptcy
) Procedure 3011]
)
) [No Hearing Required]

    Sam S. Leslie, Chapter 7 Trustee of the above-captioned bankruptcy estate, hereby submits Check No. 1094 in the amount of $2,543.11 representing the total amount of unclaimed funds in the estate. Such funds are paid to the Court pursuant to Federal Rule of Bankruptcy Procedure 3011.

| Creditor | Amount |
|---|---|
| Li Ma<br>8243 Fall Creek Drive<br>Eastvale, CA 92880 | $2,543.11 |

Dated: June 18, 2019

_____
Sam S. Leslie, Chapter 7 Trustee